AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

COPY

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Jose A. Colon
Plaintiff

v.

C.M.S, Psychiatrist, Medical Supervisor
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: **- 0 7 - 1 8 9**

I, Jose A. Colon declare that I am the (check appropriate box)

• • Petitioner/Plaintiff/Movant   • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

**FILED APR - 2 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  (• Yes)   • •No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration D.C.C. 1181 Paddock Rd Smyrna, DE 19977

   Inmate Identification Number (Required): 277657

   Are you employed at the institution? NO  Do you receive any payment from the institution? NO

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   • •Yes   (• No)

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. NONE

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment          • • Yes   (• • No)
   b. Rent payments, interest or dividends                    • • Yes   (• • No)
   c. Pensions, annuities or life insurance payments          • • Yes   (• • No)
   d. Disability or workers compensation payments             • • Yes   (• • No)
   e. Gifts or inheritances                                   • • Yes   (• • No)
   f. Any other sources   Family                             (• • Yes)   • • No

If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

Random money orders from family or friends

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?  · · Yes  (· · No)

   If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  · · Yes  (· · No)

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   NONE

I declare under penalty of perjury that the above information is true and correct.

3-22-07
DATE

Jose A. Colon
SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: _Jose Colon_ SBI#: _277657_

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: _March 7, 2007_

---

Attached are copies of your inmate account statement for the months of _September 1, 2006_ to _February 28, 2007_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Sept | 13.40 |
| Oct | 10.06 |
| Nov | 4.53 |
| Dec | 17.90 |
| Jan | 37.56 |
| Feb | 13.89 |

Average daily balances/6 months: _16.22_

Attachments
CC: File

_Stacy Shane_
3/7/07

_Jeanette L. Hav_

# CERTIFICATE
(Incarcerated applicants only)
*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ __.17__ on account his/her credit at (name of institution) __Delaware Correctional Center__.

I further certify that the applicant has the following securities to his/her credit: __0__

I further certify that during the past six months the applicant's average monthly balance was $ __16.02__ and the average monthly deposits were $ __34.07__

__3/7/07__                    __Stacy Shane__
Date                          Signature of Authorized Officer

(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)

RECEIVED-D.C.C.

MAR 0 7 2007

SUPPORT SERVICES MANAGER

Date Printed: 3/7/2007

## Individual Statement
## From September 2006 to December 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | | |
|---|---|---|---|---|---|---|---|
| 00277657 | COLON | JOSE | A | | | Beginning Month Balance: | $0.00 |
| Current Location: 22 | | Comments: | | | | Ending Month Balance: | $75.98 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Commitments | 9/14/2006 | $0.00 | $0.00 | $0.00 | $0.00 | 319884 | | | |
| Mail | 9/18/2006 | $20.00 | $0.00 | $0.00 | $20.00 | 320954 | 4858862327 | | J. BOWEDEN |
| Supplies-MailP | 9/21/2006 | $0.00 | $0.00 | ($6.88) | $20.00 | 322818 | | 9/13/06 | |
| Misc | 9/21/2006 | $0.60 | $0.00 | $0.00 | $20.60 | 323205 | | HRYCI CK#046846 | |
| Canteen | 9/28/2006 | ($12.72) | $0.00 | $0.00 | $7.88 | 325604 | | | |
| Mail | 10/17/2006 | $10.00 | $0.00 | $0.00 | $17.88 | 333114 | 9310720937 | 9/13/06 | C. REARSON |
| Supplies-MailP | 10/20/2006 | ($6.88) | $0.00 | $0.00 | $11.00 | 335641 | | | |
| Canteen | 11/2/2006 | ($9.59) | $0.00 | $0.00 | $1.41 | 341481 | | | |
| Wage-1099 | 11/9/2006 | $14.40 | $0.00 | $0.00 | $15.81 | 345106 | | C BLDG 9/24-10/23/0 | |
| Canteen | 11/16/2006 | ($15.52) | $0.00 | $0.00 | $0.29 | 346946 | | | |
| Wage-1099 | 12/1/2006 | $14.40 | $0.00 | $0.00 | $14.69 | 352335 | | C BLDG 10/24-11/23/ | |
| Mail | 12/5/2006 | $20.00 | $0.00 | $0.00 | $34.69 | 353981 | 08463558698 | | B JOENS |
| Canteen | 12/6/2006 | ($14.30) | $0.00 | $0.00 | $20.39 | 354889 | | | |
| Canteen | 12/13/2006 | ($19.41) | $0.00 | $0.00 | $0.98 | 358387 | | | |
| Mail | 12/28/2006 | $75.00 | $0.00 | $0.00 | $75.98 | 364953 | 10779698294 | | A COLON |

Ending Month Balance: $75.98

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

## Individual Statement
### From January 2007 to February 2007

Date Printed: 3/7/2007                                                                                                              Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00277657 | COLON | JOSE | A | | Beginning Month Balance: | $75.98 |
| Current Location: | 22 | | | Comments: | Ending Month Balance: | $0.17 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 1/2/2007 | $25.00 | $0.00 | $0.00 | $100.98 | 366800 | 10779698878 | | S COLON |
| Canteen | 1/3/2007 | ($0.94) | $0.00 | $0.00 | $100.04 | 367962 | | | |
| Canteen | 1/10/2007 | ($73.10) | $0.00 | $0.00 | $26.94 | 370799 | | | |
| Canteen | 1/17/2007 | ($19.97) | $0.00 | $0.00 | $6.97 | 373856 | | | |
| Canteen | 1/31/2007 | ($5.95) | $0.00 | $0.00 | $1.02 | 380020 | | | |
| Mail | 2/1/2007 | $25.00 | $0.00 | $0.00 | $26.02 | 381585 | 10779997173 | | A COLON |
| Canteen | 2/14/2007 | ($19.85) | $0.00 | $0.00 | $6.17 | 386866 | | | |
| Pay-To | 2/22/2007 | ($6.00) | $0.00 | $0.00 | $0.17 | 391850 | | NAACP | |
| | | | | Ending Month Balance: | $0.17 | | | | |

Total Amount Currently on Medical Hold:   $0.00

Total Amount Currently on Non-Medical Hold:   $0.00