

(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Jose A. Colon    #277657
(Name of Plaintiff)    (Inmate Number)

D.C.C.
1181 Paddock Rd., Smyrna, DE 19977
(Complete Address with zip code)

- 07 - 189 -
(Case Number)
( to be assigned by U.S. District Court)

(2) _____
(Name of Plaintiff)    (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

**CIVIL COMPLAINT**

(1) Correctional Medical Service (H.R.Y.C.I)

(2) John or Jane Doe, Mental Health Department (H.R.Y.C.I)

(3) John or Jane Doe, Medical Supervisor (H.R.Y.C.I)
(Names of Defendants) (et. Al)

• • Jury Trial Requested

FILED
APR - 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

I.    PREVIOUS LAWSUITS

A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

United States District Court For The District of Delaware, Colon V. Correctional Medical Services Case # 1:06-CV-25 (Entered on 1-25-06) Case Assigned To Judge Joseph J. Farnan, Jr.

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? (•Yes) ••No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? (•Yes) •No

C. If your answer to "B" is Yes:

1. What steps did you take? Submitted Grievance

2. What was the result? Medical Department Admitted their Actions with Additional Apology

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Correctional Medical Service
Employed as C.M.S. at Howard R. Young Correctional Facility
Mailing address with zip code: 1301 E. 12th Street
Wilmington, DE 19809

(2) Name of second defendant: John or Jane Doe, Prison Psychiatrist from Mental Health Department at (H.R.Y.C.I.)
Employed as C.M.S at Howard R. Young Correctional Institution
Mailing address with zip code: 1301 E. 12th Street
Wilmington, DE 19809

(3) Name of third defendant: John or Jane Doe, Medical Supervisor
Employed as C.M.S. at H.R.Y.C.I
Mailing address with zip code: 1301 E. 12th Street
Wilmington, DE 19809

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On April, 8, 2005, while incarcerated at (H.R.Y.C.I.) Howard R. Young Correctional Institution, I began receiving a daily dosage of medication (Doxepin - 100 mg) at bed time for a period of about 3 months. There were complaints of headaches on several

2. ocassions and soon after it was revealed that medication caused headaches and further more I learned that there was never an order for the medication I was receiving.

3. Sometime in June, on or about the 3rd of June I was reffered to mental health. Soon after I seen someone from the mental health department and was not given an explanation and was told I would be taken off medication. On 8-7-05 I submitted a medical grievance. On 9-10-05 grievance was heard by, (Continued, see attached)

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Plaintiff request $25,000 dollars from each defendant involved for pain and suffering related to the side effects and mental stress suffered during and after the time defendants forced me to take...

3 (RELIEF CONTINUED ON PAGE 4)

STATEMENT OF CLAIM, CONTINUED...                3-27-07

..... MEDICAL SUPERVISOR Mrs. LINDA HUNTER WHERE AN INFORMAL RESOLUTION WAS REACHED (SEE ATTACHED EXHIBIT-A) OTHER PERSONS INVOLVED INCLUDE:

* MEDICAL UNIT INVESTIGATOR: AMY RUIZ (H.R.Y.C.I.) (SEE ATTACHED EXHIBIT-A)

* JOHN DOE, FROM THE MENTAL HEALTH DEPARTMENT (H.R.Y.C.I.)

* MEDICAL DEPARTMENT NURSES THAT ASSISTED IN GIVING ME MEDICATION BETWEEN THE MONTHS OF 4-1-05 AND 6-15-05. MY INITIAL DOSAGE OCCURRED ON 4-8-05 GIVEN TO ME BY (RN) NURSE IVONNE SHELTON.

* OTHER DEFENDANTS MAY BE NAMED AT LATER DATE AS I PURSUE THE RELEASE OF MY MEDICAL FILE FROM THE DEPARTMENT OF CORRECTION AT THE DELAWARE CORRECTIONAL CENTER WHERE I AM CURRENTLY HOUSED.

* ALSO SEE ATTACHED (EXHIBIT-B) FOR DETAILED EXPLANATION ON THE MEDICATION GIVEN TO ME (DOXEPIN)

_Jose A. Colon_
PLAINTIFF

3-27-07
DATE

3-A

2. DOXEPIN (SINEPIN). PLAINTIFF WAS MADE TO EXPERIENCE SOME OF THESE SIDE EFFECTS IN VIOLATION OF THE EIGHTH AMENDMENT. (SEE EXHIBIT-B, FOR DETAILED EXPLANATION OF SIDE EFFECTS)

3. _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 27TH day of MARCH, 2007.

_Jose A. Colon_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4



PLAINTIFFS
EXHIBIT-A

HRYCI Howard R.Young Correctional Institution  
1301 E. 12th Street  
WILMINGTON DE, 19809  
Phone No. 302-429-7700

Date: 04/14/2006

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : COLON, JOSE A | SBI# : 00277657 | Institution : HRYCI |
| Grievance # : 14744 | Grievance Date : 06/07/2005 | Category : Individual |
| Status : Resolved | Resolution Status : Level 1 | Resol. Date : 09/13/2005 |
| Grievance Type: Health Issue (Medical) | Incident Date : 06/07/2005 | Incident Time : 08:00 |
| IGC : Moody, Mary | Housing Location : Building 1, West, Floor 2, Pod 2K, Cell 9, Bed C | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** On 6-7-05 I spoke to someone from Mental Health Department and I found out I wasn't supposed to be taking medication. This Mental Health person said there was never an order form of my prescription of (Senequan). I believe this medication belongs to someone else as he stated. Please be advised that I will take the proper legal actions towards this matter.

**Remedy Requested** : I want to discontinue taking this medication immediately

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 06/24/2005 |
| Investigation Sent : 06/24/2005 | Investigation Sent To : Ruiz, Amy |
| Grievance Amount : | |

( EXHIBIT-A )

Page 1 of 3

HRYCI Howard R.Young Correctional Institution
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

Date: 04/14/2006

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : COLON, JOSE A | SBI# : 00277657 | Institution : HRYCI |
| Grievance # : 14744 | Grievance Date : 06/07/2005 | Category : Individual |
| Status : Resolved | Resolution Status: Level 1 | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 06/07/2005 | Incident Time : 08:00 |
| IGC : Moody, Mary | Housing Location :Building 1, West, Floor 2, Pod 2K, Cell 9, Bed C | |

### INFORMAL RESOLUTION

Investigator Name : Ruiz, Amy                    Date of Report 06/24/2005

Investigation Report :

Reason for Referring:

---

Investigator Name : Hunter, Linda                Date of Report 09/10/2005

Investigation Report : Mr colon received medicine for 3 months with no apparent order for same. Apology given.

Reason for Referring:

(EXHIBIT-A)

Offender's Signature: _Jose A. Colon_

Date : 9-13-05

Witness (Officer) : _____

# PLAINTIFFS EXHIBIT-B

Advert

# EXHIBIT - B

JOSE COLON
22A·01

Search: [          ] All NetDoctor

| NetDoctor.co.uk |
| --- |
| Home |
| News and features |
| News |
| News archive |
| Newsletter |
| Features |
| Encyclopaedia |
| Diseases |
| Examinations |
| Medicines |
| Interactive |
| StayQuit |
| Test yourself |
| Services |
| Ask the doctor |
| Pharmacy |
| Directory |
| Health services |
| Find a hospital |
| Find a consultant |
| Find a birth unit |
| Complementary health practitioners |
| Support groups |
| Health centres |
| ADHD |
| Allergy and asthma |
| Children's health |
| Depression |
| Diabetes |
| Erectile dysfunction (Impotence) |
| Heart, blood and circulation |
| Men's health |
| Nutrition |
| Oral health |

## Sinepin (doxepin)


Prescription only

| Main Use | Active Ingredient | Manufacturer |
| --- | --- | --- |
| Depression | Doxepin Hydrochloride. | Malborough Pharmaceuticals |

### How does it work?

Sinepin capsules contain the active ingredient doxepin, which is a type of medicine called a tricyclic antidepressant (TCA). This type of medicine acts on nerve cells in the brain.

In the brain there are numerous different chemical compounds called neurotransmitters. These act as chemical messengers between the nerve cells. Serotonin and noradrenaline are neurotransmitters and they have various functions that we know of.

When serotonin and noradrenaline are released from nerve cells in the brain they act to lighten mood. When they are reabsorbed into the nerve cells, they no longer have an effect on mood. It is thought that when depression occurs, there may be a decreased amount of serotonin and noradrenaline released from nerve cells in the brain.

Doxepin works by preventing serotonin and noradrenaline from being reabsorbed back into the nerve cells in the brain. This helps prolong the mood lightening effect of any released noradrenaline and serotonin. In this way, doxepin helps relieve depression.

Doxepin also blocks receptors in other areas of the body, which can cause side effects such as drowsiness and sedation. This means doxepin may be particularly useful in treating depression in people who are also anxious and agitated, or who have trouble sleeping.

It may take between two to four weeks for the benefits of this medicine to appear, so it is very important that you keep taking it, even if it doesn't seem to make much difference at first. If you feel your depression has got worse, or if you have any distressing thoughts or feelings in these first few weeks, then you should talk to your doctor.



Advert

Advert

Pregnancy and birth
Private medical insurance
Self-pay treatment
Sex and relationships
Skin and hair
Smoking cessation
Travel medicine
Women's health
All health centres
Discussion
Discussion forums
Health finance
Accident and sickness
Critical illness
Life insurance
Private medical insurance
Travel insurance
Information
About NetDoctor
Commercial opportunities
Disclaimer
Privacy policy
NetDoctor.com

## What is it used for?

- Depression.

## Warning!

- Depression is associated with an increased risk of suicidal thoughts, self-harm, and suicide. You should be aware that this medicine may not start to make you feel better for at least two to four weeks. However, it is important that you keep taking it in order for it to work properly and for you to feel better. If you feel your depression has got worse, or if you have any distressing thoughts or feelings, particularly about suicide or harming yourself in these first few weeks, or indeed at any point during treatment or after stopping treatment, then it is very important to talk to your doctor.
- This medicine may cause drowsiness and could reduce your ability to drive or operate machinery safely. Do not drive or operate machinery until you know how this medicine affects you and you are sure it won't affect your performance.
- It is recommended that you avoid drinking alcohol while taking this medicine because it may enhance drowsiness.
- This medicine can occasionally cause your blood pressure to drop when you move from a lying down or sitting position to sitting or standing, especially when you first start taking the medicine. This may make you feel dizzy or unsteady. To avoid this try getting up slowly. If you do feel dizzy, sit or lie down until the symptoms pass.
- Antidepressants may cause the amount of sodium in the blood to drop - a condition called hyponatraemia. This can cause symptoms such as drowsiness, confusion, muscle twitching or convulsions. Elderly people may be particularly susceptible to this effect. You should consult your doctor if you develop any of these symptoms while taking this medicine so that your blood sodium level can be checked if necessary.
- You should not suddenly stop taking this medicine, as this can cause withdrawal symptoms such as nausea, vomiting, loss of appetite, headache, giddiness, chills, insomnia, irritability, excessive sweating or anxiety. Withdrawal symptoms are temporary and are not due to addiction or dependence on the medicine. They can usually be avoided by stopping the medicine gradually, usually over a period of weeks or months, depending on your individual situation. Follow the instructions given by your doctor when it is time to stop treatment with this medicine.

## Use with caution in

payprc
incoi
protec
insurai





Advert

- Elderly people
- Decreased kidney function
- Decreased liver function
- Severe cardiovascular disease
- Defect of the heart's electrical message pathways resulting in decreased function of the heart (heart block)
- Irregular heart beats (arrhythmias)
- People who have recently had a heart attack
- History of epilepsy
- People with a predisposition to seizures, eg due to alcohol/drug withdrawal, brain damage, other medicines
- Enlarged prostate gland (prostatic hypertrophy)
- Bipolar affective disorder (manic depression)
- Psychotic illness, eg schizophrenia
- Hereditary blood disorders called porphyrias.

**Not to be used in**

- Children under 12 years of age
- Allergy to other tricyclic antidepressants
- People who have taken a monoamine oxidase inhibitor (MAOI) in the last two weeks
- People with difficulty in passing urine (urinary retention)
- Glaucoma
- Mania
- Severe liver disease
- Breastfeeding.

This medicine should not be used if you are allergic to one or any of its ingredients. Please inform your doctor or pharmacist if you have previously experienced such an allergy.

If you feel you have experienced an allergic reaction, stop using this medicine and inform your doctor or pharmacist immediately.

**Pregnancy and Breastfeeding**
Certain medicines should not be used during pregnancy or breastfeeding. However, other medicines may be safely used in pregnancy or breastfeeding providing the benefits to the mother outweigh the risks to the unborn baby. Always inform your doctor if you are pregnant or planning a pregnancy, before using any medicine.

- The safety of this medicine during pregnancy has not been established. It should not be used during pregnancy unless considered essential by your doctor.

This is particularly important in the first and third trimesters. Seek medical advice from your doctor.

- This medicine passes into breast milk and could have harmful effects on a nursing infant. The manufacturer recommends that mothers should either not take this medicine while breastfeeding, or if they need to keep taking the medicine, not breastfeed. It is important to seek medical advice from your doctor.

**Label warnings**

- This medication may cause drowsiness. If affected do not drive or operate machinery. Avoid alcoholic drink.

**Side effects**

Medicines and their possible side effects can affect individual people in different ways. The following are some of the side effects that are known to be associated with this medicine. Because a side effect is stated here, it does not mean that all people using this medicine will experience that or any side effect.

- Drowsiness
- Dry mouth
- Constipation
- Blurred vision
- Sweating
- Faster than normal heart beat (tachycardia)
- A drop in blood pressure that occurs when going from lying down to sitting or standing, which results in dizziness and lightheadedness (postural hypotension)
- Disturbances of the gut such as diarrhoea, nausea, vomiting, indigestion
- Taste disturbances
- Mouth ulcers
- Loss of appetite
- Decreased sex drive
- Dizziness
- Weight gain
- Chills
- Headache
- Confusion
- Agitation
- Involuntary muscle movements such as tremors or twitching
- Disturbance in the normal numbers of blood cells in the blood

The side effects listed above may not include all of the side

effects reported by the drug's manufacturer.

For more information about any other possible risks associated with this medicine, please read the information provided with the medicine or consult your doctor or pharmacist.

**How can this medicine affect other medicines?**
It is important to tell your doctor or pharmacist what medicines you are already taking, including those bought without a prescription and herbal medicines, before you start treatment with this medicine. Similarly, check with your doctor or pharmacist before taking any new medicines while taking this one, to ensure that the combination is safe.

Doxepin should not be taken in combination with a monoamine oxidase inhibitor antidepressant (MAOI), eg phenelzine, tranylcypromine, isocarboxazid, or moclobemide. Treatment with doxepin should not be started until at least two weeks after stopping an MAOI. Conversely, an MAOI should not be started until two weeks after stopping doxepin. Moclobemide should not be started until at least a week after stopping doxepin.

There may be an increased risk of drowsiness if doxepin is taken in combination with other medicines that can cause drowsiness, such as the following:

- benzodiazepines, eg diazepam, temazepam
- sedating antihistamines, eg chlorphenamine, promethazine
- sleeping tablets, eg zopiclone
- strong opioid painkillers, such as morphine, codeine.

There may be an increased risk of side effects such as dry mouth, constipation, difficulty passing urine and blurred vision if doxepin is taken with other medicines that have anticholinergic effects, such as the following:

- anticholinergics for urinary incontinence, eg tolterodine, oxybutynin
- anticholinergics for Parkinson's disease, eg procyclidine, trihexyphenidyl
- antihistamines, eg promethazine, chlorphenamine
- antispasmodics, eg hyoscine, atropine
- antipsychotics, eg chlorpromazine, clozapine (some antipsychotics may also increase the blood level of clomipramine)
- antiarrhythmics, eg disopyramide, propafenone
- certain other antidepressants
- muscle relaxants, eg baclofen
- antisickness medicines, eg meclozine, cyclizine.

There may be an increased risk of side effects on the heart if

doxepin is taken in combination with the following medicines; these medicines should be avoided in people taking doxepin:

- certain medicines to treat abnormal heart rhythms, eg amiodarone, procainamide, quinidine, disopyramide, sotalol
- certain antipsychotics, eg thioridazine, haloperidol, pimozide
- the antihistamines astemizole, terfenadine or mizolastine
- moxifloxacin.

Doxepin may antagonise the blood pressure lowering effect of clonidine.

The following medicines may increase the blood level of doxepin and could increase the risk of its side effects:

- cimetidine
- SSRI antidepressants such as fluoxetine.

The blood level of doxepin may be decreased by barbiturates.

There may be a sudden and marked increase in blood pressure and heart rate if adrenaline, noradrenaline or phenylephrine are given to people taking doxepin. These medicines should be avoided in people taking doxepin.

### Other medicines containing the same active ingredient

There are currently no other antidepressants available in the UK that contain doxepin as the active ingredient.

Doxepin used to be marketed by Pfizer under the brand name Sinequan, but this has now been discontinued.

**Last updated** 14.02.2007

| | |
|---|---|
| **NetDoctor.co.uk:** | Home |
| **News and features:** | News | News archive | Newsletter | Features |
| **Encyclopaedia:** | Diseases | Examinations | Medicines |
| **Interactive:** | StayQuit | Test yourself |
| **Services:** | Ask the doctor | Pharmacy |
| **Directory:** | Health services | Find a hospital | Find a consultant | Find a birt Complementary health practitioners | Support groups |
| **Health centres:** | ADHD | Allergy and asthma | Children's health | Depression | D Erectile dysfunction (Impotence) | Heart, blood and circulation health | Nutrition | Oral health | Pregnancy and birth | Private i insurance | Self-pay treatment | Sex and relationships | Skin ai Smoking cessation | Travel medicine | Women's health | All hea centres |
| **Discussion:** | Discussion forums |
| **Health finance:** | Accident and sickness | Critical illness | Life insurance | Private |

insurance | Travel insurance

**Information:**  About NetDoctor | Commercial opportunities | Disclaimer | Priv
| Contact us | NetDoctor.com

The materials in this web site are in no way intended to replace the professional medical care, advice
treatment of a doctor. The web site does not have answers to all problems. Answers to specific prob
apply to everyone. If you notice medical symptoms or feel ill, you should consult your doctor - for furth
see our Terms and conditions.

© Copyright 1998-2007 NetDoctor.co.uk - All rights reserved
NetDoctor.co.uk is a registered trademark

# CERTIFICATE OF SERVICE

I, JOSE A. COLON, HEREBY CERTIFY THAT I HAVE SERVED A TRUE AND CORRECT COPY(ies) OF THE ATTACHED: Civil Rights Act, 42 U.S.C. § 1983 UPON THE FOLLOWING PARTIES/PERSON'S: (In Forma Pauperis)

TO: CLERK
U.S. DISTRICT COURT
Lockbox 18
844 N. KING STREET
WILMINGTON, DE 19801

BY PLACING SAME IN A SEALED ENVELOPE and Depositing Same in the United States Mail AT THE Delaware Correctional Center, 1181 Paddock Road, SMYRNA, DE 19977.

ON THIS 27th DAY OF MARCH, 2007

_Jose A. Colon_