IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSE A. COLON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-189-JJF |
| | ) |
| CORRECTIONAL MEDICAL SERVICE, | ) |
| H.R.Y.C.I., JOHN OR JANE DOE | ) |
| Mental Health Department | ) |
| (H.R.Y.C.I.), and JOHN OR JANE | ) |
| DOE Medical Supervisor | ) |
| (H.R.Y.C.I.), | ) |
| | ) |
| Defendants. | ) |

**AUTHORIZATION**

I, Jose A. Colon, SBI #277657, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $6.82 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated June 13, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 7-1-07, 2007.

Jose A. Colon
Signature of Plaintiff

[FILED JUL - 3 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE]

I/M Jose A. Colon
SBI# 277657  UNIT 22-A-41
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of The Clerk
U.S. District Court
844. N. King Street, Lockbox 18
Wilmington, DE
19801